```
USDS SDNY
DOCUMENT
ELECTRONIC
DOC #: _____
DATE FILED: 10/8/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA DOZIER,

                Plaintiff,

     v.

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.

**ECF CASE**

09 Civ. 5865 (PGG)

**ORDER OF DISMISSAL**

PAUL G. GARDEPHE, U.S.D.J.:

       The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
       October 8, 2009

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge